1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-00349 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE |
| v. | ) ) | RESPONSE SET A DATE FOR A REPLY AND CONTINUANCE OF STATUS |
| JOSEPH VASQUEZ, JR., | ) ) | CONFERENCE AND MOTIONS |
| Defendants. | ) ) ) | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Janet Bateman and Jeremy Kroger, attorneys for Joseph Vasquez, Jr., that the time for the change of plea hearing scheduled for February 11, 2013 at 8:30 a.m. be moved to February 19, 2013 at 8:30 a.m.  Counsel have engaged in further plea negotiations.  The defendant is in Lerdo, and defense counsel is scheduled to have him brought to Fresno this Wednesday to review the current offer. The parties believe that the case has a reasonable probability of being in a posture for a change of plea to occur on February 19, 2013.  The parties further agree that time will be excluded through February 19, 2013 for further plea negotiations.  Moreover, the parties further

1

request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: February 8, 2013          Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                          By     /s/ Kimberly A. Sanchez
                                 KIMBERLY A. SANCHEZ
                                 Assistant U.S. Attorney

Dated: February 8, 2013          /s/ Jeremy Kroger
                                 JEREMY KROGER
                                 Attorney for the Defendant

Dated: February 8, 2013          /s/ Janet Bateman
                                 JANET BATEMAN
                                 Attorney for the Defendant

IT IS SO ORDERED.

**Dated:   February 8, 2013**        /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE